**No. 68930.**—Amity Fabrics, Inc. *v.* United States, protests 63/2845(A), etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. 68931.**—Andover Imports Co., Inc., et al. *v.* United States, protests 61/11900, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

**No. 68932.**—J. C. Penney Co., Inc., et al. *v.* United States, protests 61/14708, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 10, 1964

**No. 68933.**—Louis Marx & Co., Inc. *v.* United States, protests 59/20529, etc. (New York).